UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTON A. IAGOUNOV,

Petitioner,

v.

AUSA, FBI, etc.,

Respondent.

No. 2:25-cv-1258 CSK P

ORDER

Petitioner, a prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed a letter with the court requesting a fee waiver, docketed as a motion to proceed in forma pauperis. (ECF No. 2.) Requests to proceed in forma pauperis must be filed on the form used by this district. Accordingly, petitioner will be provided the opportunity to submit the form used by this district.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's letter requesting a fee waiver (ECF No. 2), docketed as a motion to proceed in forma pauperis, is dismissed;

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

form used by this district.

Dated: May 20, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Iag1258.101/2