UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. IAGOUNOV,<br><br>    Petitioner,<br><br>    v.<br><br>AUSA, FBI, etc.,<br><br>    Respondents, | No.  2:25-cv-1258 CSK P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Petitioner is a federal prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241.  By an order filed May 21, 2025, petitioner was granted thirty days to file an application to proceed in forma pauperis.  (ECF No. 6.)  On May 28, 2025, the Clerk of the Court updated court records to reflect petitioner's new address.[1]  On May 28, 2025, the Clerk of the Court re-served the order filed May 21, 2025 on petitioner at his new address.  Thirty days passed from May 28, 2025 and petitioner did not file his application to proceed in forma pauperis or otherwise respond to the order filed May 21, 2025.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

---

[1] Petitioner's address in the instant action was updated pursuant to a notice of change of address filed by petitioner in petitioner's criminal action, No. 2:24-cr-0101 DJC (E.D. Cal.).

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 10, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Iag1258.fifp/2

2