UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. IAGOUNOV,<br><br>        Petitioner,<br><br>    v.<br><br>AUSA, FBI, etc.,<br><br>        Respondents. | No. 2:25-cv-1258-TLN-CSK<br><br>**ORDER** |

      Petitioner Anton A. Iagounov ("Petitioner"), a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 11, 2025, the magistrate judge filed findings and recommendations which were served on Petitioner and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 7.)  On August 4, 2025, the July 11, 2025, findings and recommendations were re-served on Petitioner.  Petitioner did not file objections to the findings and recommendations.

      The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").

1

1 | Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis. *See also Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992) (citation omitted) (dismissing case for failure to comply with court order).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, (ECF No. 7), are ADOPTED in full; and
2. This action is DISMISSED without prejudice.

Date: October 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE